A. KENNETH HENNESAY, JR. (BAR NO. 187531)
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
1900 Main Street, Fifth Floor
Irvine, California 92614-7321
Phone: (949) 553-1313
Fax: (949) 553-8354
E-Mail: khennesay@allenmatkins.com

Attorneys for Creditors
COASTLINE RE HOLDINGS CORP. and
PACIFIC WESTERN BANK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re: | Case No. 1:19-bk-11657-MB |
| PIERRICK BRILLOUET, and YONG CHU KIM-BRILLOUET. | Chapter 11 |
| | **NOTICE OF:** |
| | **(1) COURT APPROVAL OF FIRST AMENDED DISCLOSURE STATEMENT DESCRIBING JUDGMENT CREDITORS' FIRST AMENDED CHAPTER 11 PLAN;** |
| | **(2) PROCEDURES FOR VOTING ON JUDGMENT CREDITORS' FIRST AMENDED CHAPTER 11 PLAN;** |
| | **(3) PLAN CONFIRMATION OBJECTION DEADLINE; AND** |
| | **(4) PRELIMINARY HEARING AND PRETRIAL CONFERENCE ON PLAN CONFIRMATION** |
| | Preliminary Hearing on Confirmation: <br> Date: November 19, 2021 <br> Time: 10:00 a.m. <br> Ctrm: Hearing to be conducted remotely using ZoomGov video and audio |

**TO THE DEBTORS, ALL CREDITORS, THE OFFICE OF THE UNITED STATES TRUSTEE, AND OTHER PARTIES IN INTEREST SPECIFIED IN RULE 2002 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE:**

**PLEASE TAKE NOTICE** that at a hearing on September 29, 2021, at 10:00 a.m., the Court approved the First Amended Disclosure Statement Describing Judgment Creditors' First Amended Chapter 11 Plan (the "Disclosure Statement") filed jointly by Coastline RE Holdings' Corp. and Pacific Western Bank (collectively, "Proponents") as containing adequate information within the meaning of 11 U.S.C. § 1125 with respect to the Judgment Creditors' First Amended Chapter 11 Plan (the "Plan") to enable parties to make an informed judgment whether to accept or reject the Plan. Copies of the Disclosure Statement and Plan are being served together with this Notice.

**PLEASE TAKE FURTHER NOTICE OF THE FOLLOWING:**

1. **<u>Deadline for Voting</u>.** Any party entitled to vote who desires to vote to accept or reject the Plan must serve its fully executed Plan ballot by mail, e-mail, or facsimile upon the Proponents' counsel at the following address so that it is actually received by the Proponents' counsel no later than **November 5, 2021**:

Allen Matkins Leck Gamble Mallory & Natsis LLP
Attn: A. Kenneth Hennesay, Jr.
1900 Main Street, Fifth Floor
Irvine, California 92614-7321
Tel: (949) 553-1313
Fax: (949) 553-8354
E-mail: khennesay@allenmatkins.com

In light of the COVID-19 pandemic, submission of ballots via e-mail is encouraged. The fact that you received a Plan ballot, by itself, should not be construed to mean that the Proponents believe that you are entitled to vote on the Plan. Please consult the Plan to determine whether or not you are entitled to vote on the Plan.

2. **Deadline for Objections to Plan.** If you wish to object to confirmation of the Plan, you must file a written objection with the Bankruptcy Court and serve a copy of it upon the Proponents' counsel at the address set forth above on or before **November 5, 2021**. If you fail to file and serve a written response within that time period, the Court may treat your failure to do so as a waiver of your right to oppose confirmation of the Plan.

**Your rights may be affected**. You should read these papers carefully and discuss them with your attorney, if you have one. (If you do not have an attorney, you may wish to consult one.)

3. **Preliminary Hearing and Pretrial Conference on Plan Confirmation**. The Court will conduct a preliminary hearing on confirmation of the Plan and a joint pretrial conference on **November 19, 2021 at 10:00 a.m.** (the "Preliminary Hearing"). In addition to filing and serving a written objection as set forth above, any party objecting to confirmation of the Plan must appear at the Preliminary Hearing. At the Preliminary Hearing, the Court will set a hearing on confirmation of the Plan and related deadlines with respect to presentation of evidence in support of and in opposition (if any) to confirmation of the Plan.

**Hearing to be conducted remotely through the use of ZoomGov video and audio.**

For more information on appearing before Judge Barash by ZoomGov, please see the information entitled "Tips for a Successful ZoomGov Court Experience" on

1  the Court's website at: https://www.cacb.uscourts.gov/judges/honorable-martin-r-
2  barash under the tab "Telephonic Instructions."

3  Dated: October 8, 2021

    ALLEN MATKINS LECK GAMBLE
    MALLORY & NATSIS LLP
    A. KENNETH HENNESAY, JR.

    By:  */s/ A. Kenneth Hennesay, Jr.*
    A. KENNETH HENNESAY, JR.
    Attorneys for Creditors
    COASTLINE RE HOLDINGS CORP.
    & PACIFIC WESTERN BANK

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
1900 Main Street, Fifth Floor, Irvine, CA 92614-7321

A true and correct copy of the foregoing document entitled (*specify*): NOTICE OF (1) COURT APPROVAL OF FIRST AMENDED DISCLOSURE STATEMENT DESCRIBING JUDGMENT CREDITORS' FIRST AMENDED CH 11 PLAN; (2) PROCEDURES FOR VOTING ON JUDGMENT CREDITORS' FIRST AMENDED CHAPTER 11 PLAN; (3) PLAN CONFIRMATION OBJECTION DEADLINE; AND (4) PRELIMINARY HEARING AN PRETRIAL CONFERENCE ON PLAN CONFIRMATION
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) October 8, 2021, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Russell Clementson on behalf of U.S. Trustee United States Trustee (SV):  russell.clementson@usdoj.gov
Gregory Kent Jones (TR):  gjones@sycr.com, smjohnson@sycr.com;C191@ecfcbis.com
Giovanni Orantes: go@gobklaw.com, gorantes@orantes-law.com, cmh@gobklaw.com, gobklaw@gmail.com, go@ecf.inforuptcy.com; orantesgr89122@notify.bestcase.com
United States Trustee (SV):  ustpregion16.wh.ecf@usdoj.gov
Randall P Mroczynsk:  randym@cookseylaw.com
Valerie Smith: claims@recoverycorp.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) October 8, 2021, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) October 8, 2021, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Hon. Martin R. Barash
United States Bankruptcy Court - Central District of Calif
21041 Burbank Blvd., Ste. 342
Courtroom 303
Woodland Hills, CA 91367

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 8, 2021 | Naomi Campos | /s/ Naomi Campos |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*  **F 9013-3.1.PROOF.SERVICE**

SERVICE LIST

| | | |
|---|---|---|
| Bank of America<br>Attn: President or Corp. Officer<br>4909 Savarese Circle<br>F11-908-01-50<br>Tampa, FL 33634-2413 | Cab West LLC<br>c/o Randall P Mroczynski<br>Cooksey Toolen Gage Duffy & Woog<br>535 Anton Blvd,, 10th Floor Costa<br>Mesa, CA 92626-1947 | Department Store National Bank<br>Macy's<br>Attn: President or Corp. Officer<br>PO Box 8218<br>Mason, OH 45040-8218 |
| California Department of Tax & Fee Administration/Special Ops, MIC:55<br>PO Box 942879<br>Sacramento, CA 94279-0055 | Alliant Credit Union<br>Attn: President or Corp. Officer<br>PO Box 66945<br>Chicago, IL 60666-0945 | US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 |
| Capital One Bank (USA), N.A.<br>by American InfoSource as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Charter Communications<br>c/o Credit Management, LP<br>Attn: President or Corp, Officer<br>6080 Tennyson Pkwy<br>Plano, TX 75024-6002 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 |
| Charter Communications<br>c/o Diversified Consultants, Inc.<br>Attn: President or Corp. Officer<br>PO Box 551268<br>Jacksonville, FL 32255-1268 | Charter Communications<br>c/o Diversified Consultants, Inc.<br>Attn: President or Corp, Officer<br>PO Box 679543<br>Dallas, TX 75267-9543 | Charter Communications<br>c/o Credit Management, LP<br>Attn: President or Corp. Officer<br>PO Box 118288<br>Carrollton, TX 75011-8288 |
| Citibank/The Home Depot<br>Attn: President or Corp. Officer<br>PO Box 790034<br>St Louis, MO 63179-0034 | Citibank/The Home Depot<br>Attn: President or Corp, Officer<br>PO Box 790328<br>St Loui`s, MO 63179-0328 | Citibank/The Home Depot<br>Attn: President or Corp. Officer<br>PO Box 6497<br>Sioux Falls, SD 57117-6497 |
| Department Store National Bank<br>Macy's<br>Attn: President or Corp. Officer<br>9111 Duke Boulevard<br>Mason, OH 45040-8999 | East Los Angeles Remarkable Citizens Association, Inc,<br>Attn: President or Corp. Officer<br>3839 Selig Pl.<br>Los Angeles, CA 90031-3143 | Ford Motor Company<br>Attn: President or Corp. Officer<br>1 American Road, Room 612<br>Dearborn, MI 48126-2798 |
| County of Ventura Tax Collector<br>800 S. Victoria Ave.<br>Ventura, CA 93009-1290 | Synchrony Bank/Care Credit<br>Attn: President or Corp. Officer<br>PO Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| EQR/Belvista<br>Attn: President or Corp, Officer<br>2 North Riverside Plaza<br>Chicago, IL 60606-2600 | The Law Offices of Timothy McCandle<br>26875 Calle Hermosa, Ste . A<br>Capistrano Beach, CA 92624-1666 | Toyota Financial Services<br>Attn : President or Corp . Officer<br>440 E. Huntington<br>Arcadia, CA 91006-3776 |

| | | |
|---|---|---|
| Employment Development Department<br>Bankruptcy Group MIC 92E<br>PO Box 826880<br>Sacramento, CA 94280-0001 | Toyota Financial Services<br>Attn : President or Corp. Officer<br>PO Box 9786<br>Cedar Rapids, IA 52409-0004 | Trans Union<br>PO Box 1000<br>Chester, PA 19016-1000 |
| Equifax<br>PO Box 740241<br>Atlanta, GA 30374-0241 | Experian<br>475 Anton Blvd,<br>Costa Mesa, CA 92626-7037 | Ford Motor Credit Company<br>PO Box 62180<br>Colorado Springs CO 80962-2180 |
| Franchise Tax Board<br>Bankruptcy Section, MS: A-340<br>PO Box 2952<br>Sacramento, CA 95812-2952 | Hanmi Bank<br>Attn: President or Corp. Officer<br>3099 W. Olympic Blvd., Floor 2<br>Los Angeles, CA 90006-2521 | Ford Motor Credit Company<br>Attn: President or Corp. Officer<br>PO Box 542000<br>Omaha, NE 68154-8000 |
| Hyundai Motor Finance<br>Attn: President or Corp. Officer<br>PO Box 20809<br>Fountain Valley, CA 92728-0809 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Lincoln Automotive<br>Financial Services<br>Attn: President or Corp. Officer<br>PO Box 542000<br>Omaha, NE 68154-8000 |
| Merrick Bank/CardWorks<br>Attn: President or Corp. Officer<br>PO Box 9201<br>Old Bethpage, NY 11804-9001 | Synchrony Bank/JC Penneys<br>Attn: President or Corp. Officer<br>PO Box 956060<br>Orlando, FL 32896-0001 | Synchrony Bank/Care Credit<br>Attn: President or Corp. Officer<br>950 Forrer Blvd.<br>Kettering, OH 45420-1469 |
| Synchrony Bank/Lowes<br>Attn: President or Corp. Officer<br>PO Box 956005<br>Orlando, FL 32896-0001 | Synchrony Bank/Lowes<br>Attn: President or Corp. Officer<br>PO Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank/JC Penneys<br>Attn: President or Corp. Officer<br>PO Box 965007<br>Orlando, FL 32896-5007 |
| Synchrony Bank/PayPal<br>Attn: President or Corp. Officer<br>PO Box 530975<br>Orlando, FL 32896-0001 | Bank of America<br>Attn: President or Corp. Officer<br>PO Box 982238<br>El Paso, TX 79998 | Elan Financial Service<br>Attn: President or Corp. Officer<br>PO Box 108<br>Saint Louis, MO 63166 |
| US Small Business Administration<br>Los Angeles District Office<br>330 N. Brand Blvd., Suite 1200<br>Glendale, CA 91203-2320 | Los Angeles County Treasurer and Tax Collect<br>Bankruptcy Unit<br>PO Box 54110<br>Los Angeles, CA 90054-0110 | United States Trustee (SV)<br>915 Wilshire Blvd, Suite 1850<br>Los Angeles, CA 90017-3560 |
| United States Attorneys' Office<br>Federal Building, Room 7516<br>300 North Los Angeles Street<br>Los Angeles, CA 90012-3336 | United States Department of Justice<br>Ben Franklin Station<br>PO Box 683<br>Washington, DC 20044-0683 | Volkswagen Credit, Inc.<br>Attn: President or Corp. Officer<br>2333 Waukegan Rd.<br>Deerfield, IL 60015-5508 |

| | | |
|---|---|---|
| Ventura County Water & Sanitation<br>c/o Account Recovery Services<br>Attn: President or Corp. Officer<br>3031 N. 114th St.<br>Milwaukee, WI 53222-4218 | Ventura County Water & Sanitation<br>c/o Account Recovery Services<br>Attn: President or Corp. Officer<br>PO Box 1691<br>Oxnard, CA 93032-1691 | Wells Fargo Bank, N.A.<br>Attn: President or Corp. Officer<br>PO Box 10438<br>Des Moines, IA 50306-0438 |
| Volkswagen Credit, Inc.<br>Attn: President or Corp. Officer<br>PO Box 3<br>Hillboro, OR 97123-0003 | Wells Fargo Bank NA<br>Attn: President or Corp. Officer<br>1 Home Campus Mac X2303-01A<br>Des Moines, IA 50328-0001 | Toyota Financial Services<br>Attn : President or Corp. Officer<br>PO Box 8026<br>Cedar Rapids, IA 52409 |
| Wells Fargo Bank, N.A.<br>Attn: President or Corp. Officer<br>PO Box 94435<br>Albuquerque, NM 87199-4435 | Giovanni Orantes<br>Orantes Law Firm PC<br>3435 Wilshire Blvd Ste 2920<br>Los Angeles, CA 90010-2015 | Elan Financial Service<br>Attn: President or Corp. Officer<br>4801 Frederica Street<br>Owensboro, KY 42301 |
| Pierrick Brillouet<br>19222 Roscoe Blvd.<br>Northridge, CA 91324-4239 | Yong Chu Kim-Brillouet<br>1755 Heywood St. #202<br>Simi Valley, CA 93065-3597 | Hyundai Motor Finance<br>Attn: President or Corp . Officer<br>10550 Talbert Ave .<br>Fountain Valley, CA 92728 |
| Emidgia Clorinda Barreto<br>7243 Shirley Avenue, #24<br>Reseda, CA 91335 | Elavon, Inc.<br>c/o Spencer & Mulally<br>14156 Magnolia Blvd., Ste. 200<br>Sherman Oaks, CA 91423 | Elavon, Inc.<br>c/o CT Corporation System<br>Attn:   Amanda Garcia or Corp. Officer<br>330 N. Brand Blvd., Ste. 700<br>Glendale, CA 91203 |
| Elavon, Inc.<br>Attn: President or Corp. Officer<br>800 Nicollet Mall<br>Minneapolis, MN 55402 | City of Los Angeles<br>c/o Office of Finance<br>200 N. Spring St., Rm. 1225<br>Los Angeles, CA 90012 | |